IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TYRON MARK HOLMES, : | |
| : | |
| Petitioner : | |
| : | |
| VS. : | NO. 5:07-cv-269 (HL) |
| : | |
| STEPHEN ROBERTS, : | |
| : | |
| Respondent : | **O R D E R** |

    Before the Court is petitioner **TYRON MARK HOLMES'S** notice of appeal (Tab # 24) from the Court's September 26, 2008 order, which adopted Magistrate Judge Claude W. Hicks's recommendation that petitioner's 28 U.S.C. § 2254 motion be denied as untimely.

    The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in Magistrate Judge Hicks's recommendation and this Court's order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

    Also before the Court is petitioner's motion for leave to proceed *in forma pauperis* on appeal (Tab # 26). Said motion is **DENIED AS MOOT**.

    **SO ORDERED**, this 1st day of December, 2008.

                                   *s/ Hugh Lawson*
                                   HUGH LAWSON
                                   UNITED STATES DISTRICT JUDGE

cr